# PROCEEDING MEMO

**Date: 05/23/2023 01:30 pm**

**In re:**   Sherri L. Lisanti

    Bankruptcy No. 21-21775-CMB
    Chapter: 7
    Doc. # 32

**Appearances:**

**Nature of Proceeding: #32 Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing LLC**

OUTCOME:  No one present.  No CNO filed.  Motion Denied.  Order Entered.

Attorney Denise Carlon appeared later.

    Carlota Böhm
    U.S. Bankruptcy Judge

FILED
5/24/23 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA