**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sherri L. Lisanti | |
| Debtor(s) | |
| | |
| Lakeview Loan Servicing LLC, | BK. NO. 21-21775 CMB |
| its successors and/or assigns | |
| Movant | CHAPTER 7 |
| v. | Related to Docket #___32_____ |
| Sherri L. Lisanti | |
| Respondent(s) | |
| and | |
| Rosemary C. Crawford, Trustee | |
| Additional Respondent | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 23rd day of May, 2023, the Motion for Relief from Stay of Lakeview

Loan Servicing LLC is Denied.


Carlota M. Böhm
United States Bankruptcy Court Judge

dmr


FILED
5/24/23 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                           Case No. 21-21775-CMB

Sherri L. Lisanti                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

**Recip ID                Recipient Name and Address**
db                 +  Sherri L. Lisanti, 101 Fenway Road, Pittsburgh, PA 15209-1814

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

**Name                         Email Address**

Brian Nicholas
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
     on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
     crawfordmcdonald@aol.com  PA68@ecfcbis.com

Shawn N. Wright
     on behalf of Debtor Sherri L. Lisanti shawn@shawnwrightlaw.com

District/off: 0315-2                              User: auto                                        Page 2 of 2
Date Rcvd: May 24, 2023                    Form ID: pdf900                              Total Noticed: 1

wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 6