**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **Sherri L. Lisanti** | ) | Case No. 21-21775-CMB |
| | ) | |
| | ) | |
| **Debtor,** | ) | Chapter 7 |
| | ) | |
| **Rosemary Crawford,** | ) | Doc. No. |
| **Trustee Applicant,** | ) | Hearing Date: N/A |
| **No Respondent.** | ) | Related Docs: 41 |

## STATUS REPORT

The Status Report of Rosemary C. Crawford, Trustee, respectfully represents:

1. This case was filed voluntarily under Chapter 7 of the Code, by **Sherri L. Lisanti** on August 09, 2021. Rosemary Crawford was duly appointed as Chapter 7 Trustee on August 09, 2021.

2. The meeting of creditors was held on September 20, 2021.

3. The Trustee has taken the following actions in the administration of the case: retained special counsel to pursue a personal injury case who was appointed on or about September 7, 2022. The following actions are needed to conclude the case: litigation is ongoing and must be concluded.

4. The Trustee anticipates that the Final Accounts will be filed on or before December 01, 2025.

Respectfully submitted,
/s/ Rosemary Crawford
Rosemary Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated: February 14, 2024