# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Sherri L. Lisanti**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 21-21775 CMB**<br><br>**Chapter 7** |
| **Lakeview Loan Servicing LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Sherri L. Lisanti**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Rosemary C. Crawford**,<br>　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## Default Relief Order

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 16, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Sherri L. Lisanti
101 Fenway Road
Pittsburgh, PA 15209

<u>Attorney for Debtor(s)</u>
Shawn N. Wright, Esq.
7240 McKnight Road
Pittsburgh, PA 15237

<u>Trustee</u>
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Method of Service:  electronic means or first class mail

Dated: <u>April 16, 2024</u>

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com